# ELECTRONIC RECORD

COA #  05-14-00376-CR                    OFFENSE:  19.03

STYLE:  Fredrick Carson v. The State of Texas          COUNTY:  Dallas

COA DISPOSITION:       AFFIRMED          TRIAL COURT:  203rd Judicial District Court

DATE: 06/08/15                Publish: NO    TC CASE #:   F-1354167-P

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Fredrick Carson v. The State of Texas          CCA #:  809-15

_____ APPELLANT'S _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: 11/04/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD